# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSEEME HARRIS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-2431** |
| | : | |
| **MARFROSA LAMAS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of November, 2020, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute for the reasons stated in the Court's accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Harris still intends to prosecute this case, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e).

**BY THE COURT:**

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, C.J.**